167 So.2d 675

### J. Albert ELLERMANN

v.

### Millard E. MATTHEW et al.

No. 47453.

Oct. 9, 1964.

In re: Millard E. Matthew et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 165 So.2d 850.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

167 So.2d 675

### SOUTHERN PRODUCE COMPANY, Inc.

v.

### The AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY.

No. 47455.

Oct. 9, 1964.

In re: The American Insurance Company of Newark, New Jersey applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit. 166 So.2d 59.

Writ refused. There appears no error of law in the judgment complained of.